UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
          :
CJ TROPICAL CORP.,          :
          :    **ORDER GRANTING**
         Plaintiff,     :    **PRELIMINARY INJUNCTION**
          :
    -against-          :    23 Civ. 4781 (AKH)
          :
GOLDEN PRODUCE LLC, GOLDEN PRODUCE :
III CORP., and WILSON HENRIQUEZ,   :
individually and in any corporate capacity  :
          :
        Defendants.    :
          :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       In light of my findings announced at the hearing held at 12:00 pm on July 13, 2023, and pursuant to Federal Rule of Civil Procedure 65, it is hereby ORDERED:

       That Golden Produce LLC, Golden Produce III Corp., and Wilson Henriquez (the "Defendants") their agents, officers, subsidiaries assigns, and banking institutions are enjoined, during the pendency of this action, from alienating, dissipating, paying over, or assigning any assets of Golden Produce LLC, Golden Produce III Corporation, and Wilson Henriquez, individually and in any corporate capacity, or of their subsidiaries or related companies, except as necessary to make payment to Plaintiff;

       That this Order shall remain in effect until further order of this Court or until the Defendants pay Plaintiff, by bank check or wire transfer, the total sum of $17,628.10, divided as follows:

1. $3,372.95 from Golden Produce LLC;

2. $14,255.15 from Golden Produce III Corporation; and

1

That the security requirement, Fed. R. Civ. P. 65(c), is waived upon consideration of the fact that Defendant is statutorily obligated to be holding $ 17,628.10 of Plaintiff's assets in trust.

SO ORDERED.

Dated: July 13, 2023
New York, New York

12:25 pm

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge