THE FIERST LAW GROUP, P.C.
Timothy J. Fierst (tf:3247)
*Counsel for Plaintiff* CJ TROPICAL CORP.
462 Sagamore Avenue, Suite 2
East Williston, New York, 11596
516.586.4221

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
CJ TROPICAL CORP.
                 Plaintiff,

           -against-

GOLDEN PRODUCE LLC, GOLDEN PRODUCE III
CORP, and WILSON HENRIQUEZ individually and in
any Corporate Capacity.

                 Defendants.
-------------------------------------------------------------------- X

Index No. 1:23-cv-04781-AKH

**DEFAULT JUDGMENT**

**[Fed.R.Civ.P.55 (b) (2)]**

       Upon consideration of Plaintiff's motion for entry of a default judgment against the Defendants GOLDEN PRODUCE LLC ("GOLDEN "), GOLDEN PRODUCE III ("GOLDEN PRODUCE III") and WILSON HENRIQUEZ (" HENRIQUEZ"). (Collectively referred to as the Defendants), the Declaration of Timothy J. Fierst, Esq., dated May 2, 2024, the Declaration of Carlos Fondeur dated May 6, and the exhibits annexed thereto, the Memorandum in Support of Plaintiff's Motion for Default Judgment Against Defendants GOLDEN , GOLDEN PRODUCE III and HENRIQUEZ , and upon consideration of the Plaintiff 's motion and there being no opposition thereto, and it appearing to the Court that the Defendants GOLDEN , GOLDEN PRODUCE III, and HENRIQUEZ have failed to plead or otherwise defend in this action; and that a principal balance in the amount of $17,628.10 is due plaintiff CJ TROPICAL CORP. pursuant to the parties' contract, and that Plaintiff has the right to recover against Defendants GOLDEN , GOLDEN PRODUCE III and HENRIQUEZ , jointly severally, pursuant

1

to Section 5(c) of the Perishable Agricultural Commodities Act, 7 U.S.C. §499(e)(a-c) ("PACA"), it is hereby

**ORDERED,** that Plaintiff's motion for entry of a default judgment be, and the same is hereby granted and it is further

**ORDERED, ADJUDGED AND DECREED,** that judgment is hereby entered in favor of Plaintiff, CJ TROPICAL CORP., 526 Tiffany St. Bronx, NY 10474, and against GOLDEN PRODUCE LLC, 364 E. 204 Street, Bronx, NY 10467 in the amount of $3,372.95; against GOLDEN PRODUCE III, 368 E. 204 Street, Bronx, NY 10467 in the amount of $14,255.15 and against the Defendant WILSON HENRIQUEZ, 368 E. 204 Street, Bronx, NY 10467 in the principal amount of $17,628.10, interest at the legal rate of 9%, in the amount of $1,585.80 from June 7, 2023 through the date of entry Judgment, attorneys' fees in the amount of $3,800.00 and cost in the amount of $400 and Plaintiff have execution therefor, and it is further

**ORDERED, ADJUDGED AND DECREED** that the stay imposed by Fed. R. Civ. P. 62 (a) is hereby vacated, Plaintiff may immediately execute upon this judgment and the Clerk shall immediately issue an abstract of judgment upon Plaintiff's proper application therefor.

ENTERED, this _11_ day of _June_, 2024

ALVIN K. HELLERSTEIN
United States District Judge

2